JON MICHAELSON (SBN 83815)
Email: jon.michaelson@klgates.com
MICHAEL R. HAVEN (SBN 208721)
Email: mike.haven@klgates.com
PATRICK S. SALCEDA (SBN 247978)
Email: patrick.salceda@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Third Party
CSR TECHNOLOGY, INC.
(fka SIRF TECHNOLOGY, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ZHIQIANG ZHANG, A/K/A MICHAEL ZHANG, ET AL.,<br><br>　　　　　　Defendants. | Case No.: CR 10-00827-LHK (HRL)<br><br>**DECLARATION OF MICHAEL R. HAVEN IN SUPPORT OF THIRD PARTY CSR TECHNOLOGY, INC.'S MOTION TO QUASH SUBPOENA**<br><br>**[LODGED CONDITIONALLY UNDER SEAL]**<br><br>Date:　　　　November 4, 2011<br>Time:　　　　1:30 p.m.<br>Courtroom:　2, 5th Floor<br>Judge:　　　Hon. Howard R. Lloyd |