1    MELINDA HAAG (CSBN 132612)
United States Attorney

2

3    MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

4    SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6      150 Almaden Blvd., Suite 900
San Jose, California 95113

7      Telephone: (408) 535-5056
FAX: (408) 535-5066

8      Susan.Knight@usdoj.gov

9    Attorneys for Plaintiff

                 UNITED STATES DISTRICT COURT

10

               NORTHERN DISTRICT OF CALIFORNIA

11

                    SAN JOSE DIVISION

12

13    UNITED STATES OF AMERICA,    )     No. CR 10-00827 LHK
                                     )

14        Plaintiff,            )     STIPULATION AND [PROPOSED]
                                     )     ORDER CONTINUING HEARING DATE

15         v.               )     AND EXCLUDING TIME UNDER THE
                                     )     SPEEDY TRIAL ACT

16    ZHIQIANG ZHANG,            )
        a/k/a Michael Zhang,     )

17                                        )     SAN JOSE VENUE
                                       )

18        Defendant.          )
                                     )

19       The undersigned parties respectfully request that the status hearing currently scheduled

20    for October 10, 2012 be continued to November 7, 2012. On October 4, 2012, the parties

21    participated in a court ordered settlement conference with the Honorable Ronald M. Whyte. As a

22    result of the conference, the parties need to obtain additional information, and are meeting on

23    October 16, 2012 to discuss the case. In addition, the parties are meeting with Judge Whyte

24    during the week of October 29, 2012 to further explore a settlement. Therefore, the parties

25    request that the hearing be continued to November 7, 2012. In addition, the parties request an

26    exclusion of time under the Speedy Trial Act. The parties agree and stipulate that an exclusion

27    of time is appropriate based on the defendant's need for effective preparation of counsel. 18

28    U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Furthermore, the parties stipulate and agree that an

1  exclusion of time is appropriate because the case is complex due to the nature of the charges.  18

2  U.S.C. § 3161(h)(7)(B)(ii).

3  SO STIPULATED:                          MELINDA HAAG
                                           United States Attorney
4
   DATED: 10/5/12                          _____/s/_____
5                                          SUSAN KNIGHT
                                           Assistant United States Attorney
6

7  DATED: 10/5/12                          _____/s/_____
                                           THOMAS J. NOLAN
8                                          SHIRA KIEVAL
                                           Counsel for Mr. Zhang
9

10                                    **<u>ORDER</u>**

11      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance

12  in <u>United States v. Zhang</u>, CR 10-00827 LHK, scheduled for October 10, 2012 is continued to

13  November 7, 2012 at 10:00 a.m.

14      The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

15  October 10, 2012 through November 7, 2012.  The Court finds, based on the aforementioned

16  reasons, that the ends of justice served by granting the requested continuance outweigh the best

17  interest of the public and the defendant in a speedy trial.  The failure to grant the requested

18  continuance would deny defense counsel reasonable time necessary for effective preparation,

19  taking into account the exercise of due diligence, and would result in a miscarriage of justice.

20  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

21  3161(h)(7)(A) and (B)(iv).   The Court also finds due to the complicated nature of the charges,

22  time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

23  SO ORDERED.

24

25  DATED: October 9, 2012            _____
26                                    LUCY H. KOH
                                      United States District Judge
27

28

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK                          2