1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 10-00827 LHK
14                                    )
           Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
15                                    )   CONTINUING SENTENCING HEARING FROM
       v.                             )   DECEMBER 4, 2013 TO JANUARY 29, 2014
16                                    )
   ZHIQIANG ZHANG,                    )
17                                    )
           Defendant.                 )
18 _____)

19

20      The undersigned parties respectfully request that the sentencing hearing in the above-captioned

21 case be continued from December 11, 2013 to January 29, 2014.  The reason for the continuance is that

22 Thomas Nolan and Shira Kieval, who represent Mr. Zhang, will be in trial before the Honorable Ronald

23 M. Whyte. Therefore, the parties request that the sentencing hearing be continued to January 29, 2014.

24 Probation Officer Aylin Raya has been informed of the new date and does not object.

25 SO STIPULATED:                          MELINDA HAAG
                                           United States Attorney
26
   DATED: 11/19/13
27
                                           _____/s/_____
28                                         SUSAN KNIGHT
                                           Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK

DATED: 11/19/13  _____/s/_____
THOMAS J. NOLAN
SHIRA KIEVAL
Counsel for Mr. Zhang

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing scheduled for December 4, 2013 at 9:30 a.m. is continued to January 29, 2014 at 9:30 a.m. SO ORDERED.

DATED:_____  _____
HONORABLE LUCY H. KOH
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 10-00827 LHK